UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-21812-CIV-LENARD/Louis

**PEDRO VERGARA**,

       Plaintiff,

vs.

**HOLLISTER CO., a foreign
for-profit corporation,**

       Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff PEDRO VERGARA, by and through his undersigned Counsel, and Defendant, HOLLISTER CO., by and through undersigned counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

       DATED:  August 2, 2022.

       Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 N. Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |

By____*s/ Roderick V. Hannah*_____       By ___*s/ Pelayo M. Duran*_____
    RODERICK V. HANNAH               PELAYO M. DURAN
    Fla. Bar No. 435384                  Fla. Bar No. 0146595

2

**VORYS, SATER, SEYMOUR & PEASE, LLP**
Counsel for Defendant
200 Public Square, Suite 1400
Cleveland, Ohio  44114
(216) 479-6152
lrhollingsorth@vorys.com

By: */s/   Liana R. Hollingsworth*
          LIANA R. HOLLINGSWORTH
          Fla. Bar No. 0076930