UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-21812-CIV-LENARD/Louis

**PEDRO VERGARA**,

      Plaintiff,

vs.

**HOLLISTER CO., a foreign
for-profit corporation,**

      Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff PEDRO VERGARA ("Plaintiff"), and Defendant HOLLISTER CO. ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with prejudice*. The Parties shall bear their own attorneys' fees, costs, and expenses.  All Parties consent to the form and content of this Stipulation.

      Dated:  September 9, 2022

      Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL  33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: duranandassociates@gmail.com |
| By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By ___*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**VORYS, SATER, SEYMOUR & PEASE, LLP**
Counsel for Defendant
200 Public Square, Suite 1400
Cleveland, Ohio  44114
(216) 479-6152
lrhollingsorth@vorys.com

By: _/s/   Liana R. Hollingsworth_
       LIANA R. HOLLINGSWORTH
       Fla. Bar No. 0076930